IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 12-cv-01458-RPM

THE CITY OF LAFAYETTE,

    Plaintiff,

v.

THE INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA and CHARTIS CLAIMS INC.,

    Defendants.
_____

ORDER FOR DISMISSAL
_____

    Pursuant to the Stipulation for Dismissal with Prejudice [23] filed December 11, 2012, it is

    ORDERED that this action is dismissed with prejudice, each party to bear their own costs and attorney fees.

    Dated:   December 12th, 2012

                                   BY THE COURT:

                                   s/Richard P. Matsch

                                   _____
                                   Richard P. Matsch, Senior District Judge